IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHAWN T. FOX,                                          CV. 04-303-ST

        Petitioner,                                ORDER

   v.

BRIAN BELLEQUE,

        Respondent.

STEWART, Magistrate Judge.

    On March 17, 2004, the court appointed the Federal Public Defender to represent petitioner in this 28 U.S.C. § 2254 habeas corpus case.  On November 22, 2006, the court allowed counsel for petitioner to withdraw.

    On December 12, 2006, the court ordered petitioner to advise whether he sought appointment of new counsel, or wished to proceed *pro se* in this matter.  Petitioner has advised the court that he does seek the appointment of a new attorney.

///

///

1 - ORDER

Based on the foregoing, the Federal Public Defender is requested to recommend substitute counsel for petitioner. Briefing in this case is SUSPENDED until further order of the court.

IT IS SO ORDERED.

DATED this   21st   day of December, 2006.

                                            /s/ Janice M. Stewart
                                                Janice M. Stewart
                                                United States Magistrate Judge